FILED
MAY 2 6 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Derian Douglas Hickman,   )<br>                              )<br>         Plaintiff,          )<br>                              )<br>  v.                          )     Civil Action No.  09 0974<br>                              )<br> Pentagon of the United States)<br> of America,                  )<br>                              )<br>         Defendant.          )   | |

### MEMORANDUM OPINION

The plaintiff has filed a pro se complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint.

Rule 8 of the Federal Rules of Civil Procedure states the minimum requirements for complaints. Fed. R. Civ. P. 8(a). Rule 8(a) requires that a complaint contain a short and plain statement of the grounds upon which federal jurisdiction rests, a short and plain statement showing that the plaintiff is entitled to relief, and a demand for judgment for the relief sought. The minimum requirements Rule 8 imposes are designed to provide defendants with sufficient notice of the claim or claims being asserted in order to allow defendants to prepare a responsive answer and an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano,* 75 F.R.D. 497, 498 (D.D.C. 1977). Compliance with Rule 8(a)'s requirements should also provide a court with sufficient information to determine whether it has jurisdiction over the claims.

As drafted, the only named defendant is a building, which is not an entity that may be sued in its own name. Beyond that, the complaint does not make clear what claims plaintiff is

pursuing against which intended defendants on what grounds, and it does not provide sufficient notice to the defendants of the claims so that they may prepare a proper defense. The complaint also does not provide sufficient information to determine that jurisdiction exists to hear any of the claims plaintiff intends. Accordingly, the complaint will be dismissed for failure to comply with the requirements of Rule 8.

A separate order accompanies this memorandum opinion.

Date: 15 May 2009

/s/ Rosemary M Collyer
United States District Judge